# Order

Michigan Supreme Court
Lansing, Michigan

November 30, 2005

Clifford W. Taylor,
Chief Justice

129883

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLAN D. SELVY,
      Plaintiff-Appellant,

v

ANTHONY EARLEY,
      Defendant-Appellee.
_____

SC    129883
CoA  264682
LC    05-520381-NO

      On order of the Court, the request by plaintiff-appellant for waiver of the entry fee is considered, and it is DENIED, there being no sufficient showing of inability to pay the fees. Appellant may, within 21 days after the date of this order, pay the $375 entry fee and the Clerk will thereupon proceed with the docketing of the application. If the fee is not paid the Clerk may close the file administratively without further order of the Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2005

Clerk